IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRAVIS M. BONTE and
JOLENE A. BONTE,

      Plaintiffs,

v.

U.S. BANK, N.A.,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-696-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker  presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant against plaintiffs granting defendant's motion to dismiss and dismissing case with prejudice.

_____      _____
Peter Oppeneer, Clerk of Court                     Date